# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Zagel | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6672 | **DATE** | 9/30/2005 |
| **CASE TITLE** | UNITED STATES vs. HAGOP DEMIRJIAN | | |

**DOCKET ENTRY TEXT:**

The petition for a writ of habeas corpus is denied.

■ [ For further detail see attached order.]

*Mail AO 450 form.

| | Courtroom Deputy Initials: | DW |
|---|---|---|